511 A.2d 1327

**Barbara MOLINEUX etc., Respondent,**

v.

**TAYLOR HOSPITAL, Dr. Robert Reed, Dr. R.J. Critchlow, Dr. Arthur Baker, Dr. M. Zee and Emergency Medical Associates, Petitioner.**

Supreme Court of Pennsylvania.

June 24, 1986.

Petition for Allowance of Appeal GRANTED, No. 84 E.D. Appeal Docket 1986.